**DISMISS and Opinion Filed July 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00549-CV**

**LANDMARK MANAGEMENT GROUP, LLC, Appellant**
**V.**
**CHASE NICHOLS, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02427-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Reichek

By unopposed motion filed July 18, 2022, appellant informs the Court that the parties have settled their disputes and requests the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220549F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LANDMARK MANAGEMENT
GROUP, LLC, Appellant

No. 05-22-00549-CV          V.

CHASE NICHOLS, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02427-
2022.
Opinion delivered by Justice
Reichek, Justices Molberg and
Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered July 21, 2022.